CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RADHUBEN PRAKASH MARADIA, *et al.*,

Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

Defendants.

Case No. 5:25-cv-10943-VKD

**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

Re: Dkt. No. 7

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until April 28, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this action seeking adjudication of their Form I-485, Application for Adjustment of Status. The parties have conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow the agency to process Plaintiffs' application. Accordingly, the parties further stipulate and agree that (1) the Parties will file a joint status report with the Court by March 30, 2026, with any update on the status of adjudication of the subject application; and (2) in the event that an administrative resolution is not reached by April 28, 2026, the

Stipulation to Stay
Case No. 5:25-cv-10943-VKD                    1

stay shall be automatically lifted, and the Defendants shall file an Answer or otherwise respond to the Complaint no later than May 12, 2026. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 27, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: February 27, 2026

*s/ Radhuben Prakash Maradia*
RADHUBEN PRAKASH MARADIA

*s/ Rajan Shaileshbhai Patel*
RAJAN SHAILESHBHAI PATEL

Plaintiffs (Pro Se)

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: March 2, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on this day she caused a copy of the following document(s):

**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

to be served by FIRST CLASS MAIL and email upon the party at the address stated below, which is the last known address:

Radhuben Prakash Maradia
Rajan Shaileshbhai Patel
130 Descanso Dr., Unit 418
San Jose, CA 95134
Rajanpatel4578@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:    February 27, 2026

/s/ *Lillian Do*
LILLIAN DO
Paralegal Specialist