United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADHUBEN PRAKASH MARADIA, et al., | Case No. 25-cv-10943-VKD |
| Plaintiffs, | **ORDER RE JOINT STATUS REPORT** |
| v. | Re: Dkt. No. 12 |
| USCIS, et al., | |
| Defendants. | |

The Court has reviewed the parties' respective positions as described in the joint status report (Dkt. No. 12). The Court declines to require defendants to provide "progress markers."

The stay will expire on **April 28, 2026**, pursuant to the March 2, 2026 order (Dkt. No. 8).

**IT IS SO ORDERED.**

Dated: March 31, 2026

Virginia K. DeMarchi
United States Magistrate Judge