UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RADHUBEN PRAKASH MARADIA, et al.,

                Plaintiffs,

      v.

USCIS, et al.,

                Defendants.

Case No.: 25-cv-10943-VKD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that:

(1)    I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2)    On 3/31/2026, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Radhuben Prakash Maradia
130 Descanso Dr., Unit 418
San Jose, Ca 95134

Dated: 3/31/2026

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Steven Chilton, Deputy Clerk to
the Honorable Virginia K. DeMarchi