CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RADHUBEN PRAKASH MARADIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 5:25-cv-10943-VKD <br><br> **JOINT STATUS REPORT AND STIPULATION TO LIFT THE STAY OF PROCEEDINGS; [PROPOSED] ORDER** <br><br> Re: Dkt. No. 14 <br><br> (MODIFIED BY THE COURT) |

In accordance with the Court's Order on March 2, 2026, Dkt. No. 8, the parties submit this Joint Status Report regarding Plaintiffs' Form I-485, Application for Adjustment of Status. As of the date of this report, Plaintiffs' Form I-485 remains pending. Accordingly, the parties request that the stay in this case be lifted and the case be placed on the Court's active docket.

I.      DEFENDANTS' STATEMENT

Defendants state that Plaintiffs' Form I-485 are within United States Citizenship and Immigration Services ("USCIS") processing times of thirty-two months.

II.      PLAINTIFFS' STATEMENT

Plaintiffs Radhuben Prakash Maradia and Rajan Shaileshbhai Patel respectfully note that while

Joint Status Report and Stipulation
Case No. 5:25-cv-10943-VKD                1

associated interim documents (EAD and Advance Parole) were approved during the stay, these "benefits" are functionally insufficient and do not mitigate the underlying harm. In many respects, shifting to these interim statuses increases the legal and financial jeopardy faced by Plaintiffs:

- **The EAD Work-Permit Gap:** Plaintiffs received EADs with only 18 months of validity. Under current rules, these cannot be renewed until 180 days before expiry. With USCIS EAD processing times currently at 11 months and increasing, Plaintiffs face a high risk of a 5-to-6-month gap in work authorization. For software engineers in the San Jose market, such a gap would be catastrophic to their careers and financial stability.

- **The "Parolee" Trap and H-1B Risk:** If Plaintiffs utilize Advance Parole to travel, they must re-enter the U.S. as "parolees," effectively losing their H-1B non-immigrant status. Resuming H-1B status thereafter involves prohibitive administrative costs and legal complexities that many employers are unwilling to bear, creating an immediate and significant risk of job loss.

- **Reliance Interests & Disparate Treatment:** Plaintiffs made their $800,000 investment when prevailing processing times were approximately 10 months. The subsequent arbitrary jump to a 32-month estimate—while family-based and other categories enjoy adjudications in a fraction of that time—is an arbitrary de-prioritization of RIA investors.

Plaintiffs emphasize that they never requested these interim benefits as the primary relief in their Complaint. The only resolution to these systemic risks is the final adjudication of the Form I-485, as mandated by the 180-day goal of the RIA. Plaintiffs remain prepared to resume litigation immediately to secure their permanent residency status.

The parties propose the following briefing schedule:

1.      Defendants will file their response to Plaintiff's complaint by May 12, 2026.

2.      Defendants will file their motion for summary judgment by June 11, 2026.

3.      Plaintiffs will file their cross-motion for summary judgment and opposition to Defendants' motion by July 13, 2026.

4.      The Court sets a hearing on the parties' motions for summary judgment for **August 18, 2016, 10:00 a.m.** in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California.

The parties respectfully request that the Court grant their stipulation.

Dated: April 28, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 28, 2026

*s/ Radhuben Prakash Maradia*
RADHUBEN PRAKASH MARADIA

*s/ Rajan Shaileshbhai Patel*
RAJAN SHAILESHBHAI PATEL

Plaintiffs (Pro Se)

## [PROPOSED] ORDER

AS MODIFIED BY THE COURT,

Pursuant to stipulation, IT IS SO ORDERED.
^

Date:  April 29, 2026

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report and Stipulation
Case No. 5:25-cv-10943-VKD          3